JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts      **Category No.** II      **Investigating Agency** FBI/FRB-OIG

**City** Canton

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant ___x___     New Defendant _____
Magistrate Judge Case Number __26-MJ-3144-JDH__
Search Warrant Case Number __26-MJ-3221; 26-MJ-3222-JDH__
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes ☑ No

**Defendant Information:**

Defendant Name   Ricardo Fontanilla                     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Fairfax, VA 22032

Birth date (Yr only): 1959     SSN (last 4#): 5511     Sex: M     Race W     Nationality: US/Phillipines

**Defense Counsel if known:** Jessica Richardson, Esq. (PHV)     Address: 333 N. Fairfax Street, Suite #310

Bar Number: _____                                              Alexandria, VA 22314

**U.S. Attorney Information**

AUSA: Seth B. Kosto     Bar Number if applicable: 641044

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:** Fairfax County ADC

**Arrest Date:** May 3, 2026

☒ Already in Federal Custody as of   May 3, 2026   in   EDVA   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/10/2026     Signature of AUSA:   /s/ Seth B. Kosto

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Ricardo Fontanilla

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | 1 |
| Set 2 | 18 U.S.C. 981(a)(1)(C) | Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013